UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 3 1 2018 ★

BROOKLYN OFFICE

---

ALEJANDRO ENTSAKUA,

Plaintiff,

v.

SAFEWAY CONSTRUCTION ENTERPRISE,
INC., PENNAT INC., STEVE CESTARO, and
RAYMOND CESTARO,

Defendants.

---

Civ. No. 18-CV-00895 (JBW)(PK)

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

ALEJANDRO ENTSAKUA, by and through counsel, hereby gives notice that the above captioned

action is voluntarily dismissed, without prejudice, against Defendants SAFEWAY CONSTRUCTION

ENTERPRISE, INC., PENNAT INC., STEVE CESTARO, and RAYMOND CESTARO,

Dated: May 24, 2018

By:     /S/ DAVID HARRISON
        David Harrison, Esq.
        HARRISON, HARRISON & ASSOC. Ltd.
        110 State Highway 35, 2nd Floor
        Red Bank, NJ, 07701
        (718) 799-9111
        (718) 799-9171 (fax)
        nycotlaw@gmail.com

close the case
So ordered
Jack B Weinstein
5/31/18